**Order entered June 26, 2019**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-01309-CV

**REWA C. HALTON, RODNEY G. HALTON & ALL OTHER OCCUPANTS, Appellants**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03485-A**

## ORDER

Before the Court is appellants' June 24, 2019 motion for a twenty-one day extension of time to correct errors to their brief. Appellants explain the extension is necessary to allow for the filing of a supplemental clerk's record they have recently requested.

We **GRANT** the motion to the extent we **ORDER** Dallas County Clerk John F. Warren to file, no later than July 8, 2019, the requested supplemental clerk's record. We further **ORDER** appellants to file their amended brief no later than July 22, 2019.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren and the parties.

/s/     ERIN A. NOWELL
        JUSTICE